**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TYRONE LEE FUTRELL, SR.                                                            **PLAINTIFF**

VS.                              CASE NO.   3:13-CV-00145 DPM

CRAIGHEAD COUNTY SHERIFF DEPARTMENT                         **DEFENDANT**

**ORDER**

      Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

      IT IS SO ORDERED this  31   day of  May         , 20 13 .

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. MCCORMACK, CLERK


                                       By: /s/ Jake Kornegay
                                            Deputy Clerk