IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                    PLAINTIFF

v.                        No. 3:13-cv-145-DPM

CRAIGHEAD COUNTY SHERIFF'S DEPARTMENT          DEFENDANT

## ORDER

While the Court's Order directing Futrell to file an amended complaint wondered about the existence of subject-matter jurisdiction, № 4, Futrell's amended pleading makes plain that he is suing the Craighead County Sheriff's Department under Title VII for alleged race discrimination. The amended complaint, however, fails for the same reasons as Futrell's amended complaint in the related case against the Gosnell Police Department, case number 3:13-cv-143-DPM. He simply has not pleaded sufficient facts to make out a plausible claim of racial discrimination. The case is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 August 2013