IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TYRONE LEE FUTRELL, SR.**  PLAINTIFF

v.  No. 3:13-cv-145-DPM

**CRAIGHEAD COUNTY SHERIFF'S DEPARTMENT**  DEFENDANT

JUDGMENT

Futrell's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 August 2013