## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                    PLAINTIFF

v.                              No. 3:13-cv-145-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                      DEFENDANT

## ORDER

The Court entered Judgment dismissing the case without prejudice more than two months ago. № 7. There's no case left to transfer. Motion, № 8, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2014